COURTNEY MESHELL KING
203 DEARMAN RD
COLLINS, MS 39428

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

PLAZA SVCS, INC
110 HAMMAOND DR
STE 110
ATLANTA, GA 30328

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

EAGLE ADVANCE
P.O. BOX 645
SANTA YSABEL, CA 92070

RUSH APPROVE
PO BOX 70
SOLON, IA 52333

ADVANCE FINANCIAL 24/7
100 OCEANSIDE DRIVE
NASHVILLE, TN 37204

EDFINANCIAL SERVICES L
P.O. BOX 30159
KNOXVILLE, TN 37930

SNAP FINANCE
P.O. BOX 26561
SALT LAKE CIT, UT 84126

BISCON CASH
21977 HWY 79 #654
SANTA YSABEL, CA 92070

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

SPOT LOAN
PO BOX 927
PALATINE, IL 60078-0927

BLAKLEY APARTMENTS
6490 HWY 49 N
HATTIESBURG, MS 39401

HOLMES MOTORS
10651 BONEY AVE
DIBERVILLE, MS 39540

TBOM
906 N. KINGSHIGHWAY
PERRYVILLE, MO 63775

BRIGHT LENDING
PO BOX 578
HAYS, MT 59527

KEESLER FCU
2602 PASS RD
BILOXI, MS 39531

UNITED AUTO SALES
1739 SIMPSON HWY 149
MENDENHALL, MS 39114

CLEAR AIR LENDING
PO BOX 1429
NICE, CA 95464

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

WEBBANK/ONEMAIN
PO BOX 3316
EVANSVILLE, IN 47732

COMMUNITY CHOICE
1573 US 49
MAGEE, MS 39111

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005

COVINGTON COUNTY BANK
P.O. DRAWER 1599
COLLINS, MS 39428

OPPORTUNITY FINANCIAL
ATTN: BANK
P.O. BOX 5040
CHICAGO, IL 60601