United States Bankruptcy Court
Southern District of Mississippi

In re:
Courtney Meshell King
Debtor

Case No. 26-51182-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: admin | Page 1 of 2
Date Rcvd: Oct 27, 2026 | Form ID: 318 | Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Courtney Meshell King, 203 Dearman Rd, Collins, MS 39428-4513 |
| 5700059 | + | Biscon Cash, 21977 Hwy 79 #654, Santa Ysabel, CA 92070-9601 |
| 5700060 | | Blakley Apartments, 6490 Hwy 49 N, Hattiesburg, MS 39401 |
| 5700063 | | Community Choice, 1573 US 49, Magee, MS 39111 |
| 5700064 | + | Covington County Bank, P.o. Drawer 1599, Collins, MS 39428-1599 |
| 5700066 | + | Eagle Advance, P.O. Box 645, Santa Ysabel, CA 92070-0645 |
| 5700069 | + | Holmes Motors, 10651 Boney Ave, Diberville, MS 39540-4875 |
| 5700073 | + | Opportunity Financial, Attn: Bank, P.o. Box 5040, Chicago, IL 60680-5040 |
| 5700075 | #+ | Rush Approve, PO Box 70, Solon, IA 52333-0070 |
| 5700077 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 5700079 | + | United Auto Sales, 1739 Simpson Hwy 149, Mendenhall, MS 39114-3440 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Oct 28 2026 03:30:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5700058 | + | Email/Text: bankruptcy@af247.com | Oct 27 2026 23:38:00 | Advance Financial 24/7, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5700061 | + | Email/Text: customerservice@brightlending.com | Oct 27 2026 23:38:00 | Bright Lending, PO Box 578, Hays, MT 59527-0578 |
| 5700062 | | Email/Text: accountmanagement@clearairlending.com | Oct 27 2026 23:36:00 | Clear Air Lending, PO Box 1429, Nice, CA 95464 |
| 5700065 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2026 23:41:47 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5700067 | + | Email/Text: EBN@edfinancial.com | Oct 27 2026 23:36:00 | Edfinancial Services L, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 5700068 | + | EDI: PHINGENESIS | Oct 28 2026 03:30:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5700070 | + | Email/Text: melissa.martin@kfcu.org | Oct 27 2026 23:38:00 | Keesler FCU, 2602 Pass Rd, Biloxi, MS 39531-2728 |
| 5700072 | | Email/Text: EBN@Mohela.com | Oct 27 2026 23:36:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5700071 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 27 2026 23:36:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5700074 | + | Email/Text: info@plazaservicesllc.com | Oct 27 2026 23:36:00 | Plaza Svcs, Inc, 110 Hammaond Dr, Ste 110, Atlanta, GA 30328-4806 |
| 5700076 | | Email/Text: bankruptcy@snapfinance.com | Oct 27 2026 23:36:00 | SNAP Finance, P.O. Box 26561, Salt Lake Cit, UT |

| | | | | |
|---|---|---|---|---|
| | | | | 84126 |
| 5700078 | + | Email/Text: nlorenz@bankofmissouri.com | Oct 27 2026 23:38:00 | Tbom, 906 N. Kingshighway, Perryville, MO 63775-1204 |
| 5700080 | + | EDI: AGFINANCE.COM | Oct 28 2026 03:23:00 | Webbank/onemain, Po Box 3316, Evansville, IN 47732-3316 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Courtney Meshell King trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Courtney Meshell King**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–1808** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–51182–KMS**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Courtney Meshell King**
aka Courtney M King

Dated: 10/27/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**